## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PATRICIA AIKEN,

        Plaintiff(s),

v.

THOMAS M. SNEE, et al.,

        Defendant(s).

2:13-CV-1768 JCM (VCF)

**ORDER**

Presently before the court is *pro se* plaintiff Patricia Aiken's motion for summary judgment. (Doc. # 2). *Pro se* defendant Thomas M. Snee filed a response in opposition (doc. # 10), and plaintiff filed a reply (doc. # 14).

The instant motion consists of nothing more than a cover page followed by sixty-seven pages of attached documents relating to a dispute over employment compensation between plaintiff and defendant Snee. (Doc. # 2). Plaintiff has not filed a complaint in this matter.

As there has been no complaint filed, the court is unable to grant summary judgment. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."); Fed. R. Civ. P. 56 ("A party may move for summary judgment, *identifying each claim or defense* — or the part of each claim or defense — on which summary judgment is sought.") (emphasis added).

Because plaintiff has not filed a complaint and therefore the court cannot identify any cognizable claims upon which she may be entitled to summary judgment, the instant motion will be denied.

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for

3   summary judgment (doc. # 2) be, and at the same time hereby is, DENIED.

4   IT IS FURTHER ORDERED that plaintiff's motion for expedited consideration of summary

5   judgment (doc. # 16) is DENIED as moot.

6   DATED April 2, 2014.

8   _____
    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -