UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIA AIKEN, | Case No. 2:13-cv-01768-JCM-VCF |
| Plaintiff, | ORDER |
| v. | |
| THOMAS M. SNEE, *et al.*, | |
| Defendants. | |

Presently before the court is *pro se* defendant Thomas M. Snee's (hereinafter "defendant") motion to strike. (Doc. # 34). *Pro se* plaintiff Patricia Aiken (hereinafter "plaintiff") filed a response. (Doc. # 36). Defendant did not file a reply, and the filing deadline has now passed.

Also before the court is plaintiff's motion for a hearing. (Doc. # 37).

On August 4, 2014, the court granted defendants' motion to dismiss this action for lack of subject matter jurisdiction. (Doc. # 28). On the same date, the court entered judgment and closed the case. (Doc. # 29).

On August 14, 2014, plaintiff filed a motion to reconsider the court's order. (Doc. # 30). Defendants filed a response, (doc. # 32), and plaintiff filed a reply, (doc. # 33). On October 6, 2014, the court denied the motion to reconsider. (Doc. # 35).

In the instant motion, defendant asks the court to strike plaintiff's reply, labeled as an "opposition," to defendant's response to plaintiff's motion for reconsideration. (Doc. # 33). Defendant contends that plaintiff's filing is "nonsense." (Doc. # 34).

The court previously considered plaintiff's reply in denying her motion to reconsider. (Doc. # 35). The court concluded that because plaintiff failed to show new evidence, a change in

law, or clear error, reconsideration was inappropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to strike, (doc. # 34), is DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's motion for a hearing, (doc. # 37), be, and the same hereby is, DENIED.

DATED THIS 27th day of October 2014.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2